IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW W. BARNETT                                                                 PLAINTIFF
ADC #135607

v.                              Case No. 4:17-cv-00116-KGB

JAMES WALLACE, *et al.*,                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Matthew Barnett's claims for money damages and injunctive relief under 42 U.S.C. § 1983 against defendants James Wallace, John Felts, Jenny Riley, Abraham Carpenter, John Belken, and Andy Shock, both in their official and individual capacities, are dismissed consistent with the terms of the Court's Order (Dkt. No. 2). Mr. Barnett's claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 against defendants James Wallace, John Felts, Jenny Riley, Abraham Carpenter, John Belken, and Andy Shock, both in their official and individual capacities, are dismissed without prejudice (*Id.*). The relief sought by Mr. Barnett is denied.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 31st day of March, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge